# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LORA CAMPBELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  08-0722-KD-N |
| | ) |
| **ALLSTATE INSURANCE and** | ) |
| **KELLY SERVICES, INC.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order granting summary judgment in favor of defendant Allstate Insurance, entered contemporaneously herewith, it is **ORDERED, ADJUDGED**, and **DECREED** that the claims of plaintiff Lora Campbell against defendant Allstate Insurance are hereby **DISMISSED with PREJUDICE**.

**DONE** and **ORDERED** this 18th day of November, 2009.

                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE